UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00030-FDW-DSC

| | |
|---|---|
| SUSAN BYRD, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| ECKERD CORPORATION, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint, Third Claim (Wrongful Discharge). (Doc. No. 18). Plaintiff filed a "Response in Opposition," (Doc. No. 21), and Defendant filed a "Reply" (Doc. No. 24). Having carefully considered the motions, the record, and the applicable authority, this Court lacks jurisdiction over such claim.

Defendants' Motion to Dismiss is GRANTED, and Plaintiff's state law claim for wrongful discharge is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed: July 25, 2016

Frank D. Whitney
Chief United States District Judge

1